IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK MORGAN**                                                                   **PLAINTIFF**

v.                     **CASE NO: 4:09CV00743 JMM**

**LITTLE ROCK POLICE DEPARTMENT**                           **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ORDERED this 15 day of June, 2010.

James M. Moody
United States District Judge